Case: 3:06-cv-00402-bbc   Document #: 87   Filed: 02/23/07   Page 1 of 19

Document Number 087
United States District Court
Western District of Wisconsin
Theresa M. Owens

Case Number 06-C-0402-C

Filed/Received
02/23/2007 04:54:21 PM CST

# THE BANKRUPTCY ESTATE OF KDC, INC., BY ITS TRUSTEE, JAMES W. MCNEILLY, JR.,

v.

# HARRY KRAKLOW, CYNTHIA KANDLER, DONALD JOHNSON, JEFFREY COVELLI, KENNETH BANWART, DARREN MASSNER, KIM MYERS, FIRST PRODUCTS, INC., COUNTRY MAID, INC.

**Expert Report of
Neil J. Beaton, CPA/ABV, CFA, ASA
February 23, 2007**

**GRANT THORNTON LLP**
520 Pike Street, Suite 2800
Seattle, WA  98101

# TABLE OF CONTENTS

| | |
|---|---:|
| **Qualifications** | 3 |
| **Assignment** | 4 |
| **Materials Reviewed** | 4 |
| **Summary of Opinions** | 4 |
| **Work Performed, Basis for Opinions and Opinions** | 4 |
|     Background of Events | 4 |
|         Outline of KDC Valuation | 7 |
| **Conclusions** | 10 |
| **Fees** | 11 |
| **Signature** | 11 |

Attachments:
- Exhibit 1 – Curriculum Vita
- Exhibit 2 – Testimony List
- Exhibit 3 – Speeches and Publications
- Exhibit 4 – Documents Reviewed

## **QUALIFICATIONS**

1. I, Neil J. Beaton, am the Partner in Charge of Valuation Services at Grant Thornton LLP, a full-service international public accounting and business advisory firm. I specialize in business valuations, mergers and acquisition support, litigation consulting and economic analysis. Prior to joining Grant Thornton LLP, I was a shareholder in Brueggeman and Johnson, P.C., an independent business valuation and economic consulting firm. I was previously employed by the Dun & Bradstreet Corporation, an international financial services conglomerate with interests in credit reporting, securities analysis and financial management.

2. I am a Certified Public Accountant and have achieved the designation of Accredited in Business Valuation ("ABV") as sponsored by the American Institute of Certified Public Accountants ("AICPA"). I also hold the Chartered Financial Analyst ("CFA") designation under the auspices of the CFA Institute ("CFAI"), and am an Accredited Senior Appraiser ("ASA") under the auspices of the American Society of Appraisers. I am a member of the AICPA, the Washington Society of CPAs ("WSCPA"), the CFAI, and the Seattle Society of Financial Analysts ("SSFA"). I am a current member of the Financial Accounting Standards Board's ("FASB") Valuation Resource Group. A complete Curriculum Vita is attached as Exhibit 1, along with a testimony list covering the last four years as Exhibit 2, and a list of my speeches and publications in the last 10 years as Exhibit 3.

3. I have analyzed thousands of businesses during the course of my career, including both private and public entities, covering every major manufacturing, wholesaling, retailing and service industry. I am a frequent teacher and speaker on valuation and damage issues, both locally and nationally, for organizations including the WSCPA, the AICPA, the American Society of Appraisers, and the SSFA.

## ASSIGNMENT

4. I was asked to provide an opinion of value of KDC Foods, Inc. ("KDC" or the "Company") at or near May 18, 2004, the date that Stanley Popko was requested by Donald Johnson to tender his common stock interest in KDC back to the Company.

## MATERIALS REVIEWED

5. When used hereinafter "we" and/or "our" means me and/or persons working under my supervision and control. This report was prepared to summarize the opinions we may express at deposition and/or trial of this matter. In forming our opinion, we have reviewed various depositions, correspondence, financial data, and operating and other information from KDC and First Products. In addition, we have performed independent research in support of our opinions. We reserve the right to update our opinions in the event we receive additional relevant information subsequent to the issuance of this report. A list of documents that we reviewed and considered is summarized in Exhibit 4.

## SUMMARY OF OPINIONS

6. Based upon the materials reviewed and analyses performed, it is our opinion that KDC had a value as of May 18, 2004 and extending into the summer of 2004 ranging from $1.00 to $1.50 per share.

## WORK PERFORMED, BASIS FOR OPINIONS AND OPINIONS

### Background of Events

7. KDC was incorporated by Harry Kraklow, Ronald L. Dervetski, and Alan Clark on October 10, 1996, but did not become an active corporation until May 2001. The Company was based in Eau Claire, Wisconsin.

8. KDC was engaged in licensing patented or patent pending products to food manufacturers for manufacturing and distribution throughout the United States. The initial focus of the Company was to create shelf stable dough, mainly in the form of a sweet dough or cookie dough. The Company had also developed microwaveable dough that could be used as a part of a sandwich.

9. The Company had filed patents both in the U.S. and internationally on its waterless, shelf stable dough, first in 2001 and then in a revised patent in 2003. The patent is tied closely to the formula and process necessary to develop the product.

10. Patents for microwaveable bakery products were also filed in April 2003.

11. On March 18, 2003, KDC entered into a licensing agreement (Agreement) with Country Maid, Inc. ("Country Maid"). The Agreement allowed Country Maid to produce products developed by KDC in exchange for royalty payments based on quantities sold. The Agreement was amended on August 27, 2003, establishing a minimum five-year term with automatic one-year renewals. The licensing agreement was based on a specific formula for developing KDC's products and was protected under a Confidentiality Agreement.

12. On May 7, 2004, KDC revised the royalty portion of the Agreement with Country Maid with a fixed monthly payment of $19,500 with the same $0.06 per pound royalty payment due for each pound over 195,000 pounds as outlined in the previous Agreement.

13. It is our understanding that on May 18, 2004, Don Johnson notified Stanley Popko (employee and minority shareholder in KDC) that if he did not tender his common stock interest in KDC back to the Company at $0.01 per share, that an Internal Revenue Service Form 1099 would be issued to Mr. Popko based on a valuation of $1.00 per share. Mr. Popko refused to return his stock and a Form 1099 was issued in the amount of $531,568.80 even though his basis was significantly lower than that.

14. On July 1, 2004, Harry Kraklow, the then president of KDC, accepted stock subscription agreements from Donald Johnson for 500,000 shares, Kim Myers for 250,000 shares and

Cynthia Kandler for 250,000 shares of common stock at a price of $0.01 per share. This acceptance came without board approval or notice to the existing stockholders.

15. On July 7, 2004, the previously mentioned common stock set forth in the subscription agreements were issued to the foregoing individuals at $0.01 per share.

16. On July 14, 2004, a bank note in the amount of $121,963.15 issued by Citizens State Bank of Cadott to KDC matured. Up until that date, KDC had been paying interest only on the note and upon an offer of renewal, Mr. Johnson and Mr. Kraklow, acting on behalf of KDC, proposed a renewal for a term of three years fully amortized. It is alleged that this decision intentionally stretched KDC's cash flow to make it appear insolvent.

17. It is our understanding that sometime during the summer of 2004, Hormel Foods and Duncan Hines expressed interest in KDC's products. This interest was not disclosed to all of KDC's stockholders and it is alleged that after shipping product samples in September 2004, any further contact with these two companies was delayed until after KDC's assets could be converted to First Products, Inc., an entity created by Donald Johnson and Jeff Covelli. At that point, neither KDC's board members nor the shareholders knew that Mr. Johnson had created or began working on behalf of a new entity, as he was still on KDC payroll.

18. On September 7, 2004, KDC's board of directors wrote a letter to its shareholders stating that large operating expenses, long-term liabilities, and pending legal costs required additional financing by either existing shareholders or a financial institution.

19. On September 10, 2004, Ken Banwart and Darren Massner, both representatives of Country Maid, responded to the September 7th letter with a letter to KDC requesting the termination of the licensing agreement. The representatives of Country Maid claimed that KDC was heading for bankruptcy even though KDC had not filed for bankruptcy at that time.

20. After September 10, 2004, KDC continued to supply Country Maid with the products pursuant to their licensing agreement. However, instead of Country Maid paying KDC the agreed upon

amounts, Country Maid remitted its payments to First Products, Inc. pursuant to a contract between Country Maid and First Products with an affective date of September 1, 2004.

21. The revenue from Country Maid was vital to the financial health of KDC. Without the revenue from its licensing agreement with Country Maid, KDC would become insolvent.

22. On December 21, 2004, KDC filed a petition for reorganization pursuant to Chapter 11 of the United States bankruptcy code.

**Outline of KDC Valuation**

23. Given KDC's status as an early stage Company primarily engaged in product development, historical financial performance is not directly relevant to the valuation process. Similarly, KDC's financial position as set forth on its balance sheet is also not relevant, as intangible assets derived from product development are not typically captured by standard accounting rules. A more appropriate and relevant valuation exercise is to look at the Company's future prospects for revenue and cash flow generation based on its intellectual property and business plan.

24. Donald Johnson created a "Working Business Plan" for KDC sometime during 2004 (the Business Plan was not dated). Contained with the Business Plan are two income statement forecasts for the years 2004 through 2008. The difference between the two financial forecasts is that one presents Mr. Johnson's expectation of how the Company would perform if the requested funds are received while the other presents the Company's financial prospects assuming the funds are not received. As a test of reasonableness, we analyzed the latter forecast (assuming no funds are received) to determine what the per share value of KDC might be utilizing a discounted cash flow analysis. Even using a very conservative discount rate applied to Mr. Johnson's expected future cash flows, the per share value of KDC was well in excess of the values indicated by actual transactions and a stock offering as more fully described in the following paragraphs.

25. Often, early stage companies like KDC fund their initial product development through the issuance of common stock to private investors. Such sales provide an overall indication of a company's value for a period of time depending on the rapidity with which the company's technology is changing or developing. In addition to sales of a company's own shares, other indications of value can sometimes be obtained by researching prices paid for shares in companies operating in a similar industry or similar stage of development.

26. Country Maid and KDC entered into a Subscription Agreement on September 1, 2003. Under the agreement, Country Maid agreed to purchase 150,000 shares of KDC stock for a total of $150,000, or $1.00 per share. An initial payment of $37,500 was made with quarterly payments of $18,750 due beginning March 1, 2004 and continuing for 6 quarters. Ken Banwart, on behalf of Country Maid, assigned the purchase rights of Country Maid's obligation under the Subscription Agreement to employees of Country Maid. These employees then had the right and obligation, acting as individuals, to purchase KDC stock at $1.00 per share.

27. In a letter from Ken Banwart to Charter Bank dated April 13, 2004, Mr. Banwart stated that Country Maid was committed to purchase 150,000 shares of KDC stock at $1.00 per share with full payoff being done by June 2005. In a separate letter also dated April 13, 2004, Mr. Banwart stated that he was personally committed to purchase 93,000 shares of KDC stock at $1.00 per share.

28. Based on our review of the Subscription Agreement and its supporting documents, KDC received $56,250 from Country Maid as of September 1, 2003 and $36,375 in quarterly payments on or before March 1, 2004. The purchase of KDC shares continued through the summer of 2004 at $1.00 per share.

29. Upon receiving the previously mentioned September 7th letter, Ken Banwart, as an individual and as CEO of Country Maid, and each of the individual employees of Country Maid that had been assigned shares under the Subscription Agreement wrote a letter to KDC indicating that

they would no longer buy shares of KDC stock based on the contents of the September 7, 2004 letter. No shares were purchase by Country Maid after September 7, 2004.

30. Separately, a number of individual investors entered into Subscription Agreements to purchase KDC common stock, all at $1.00 per share. Donald Lanou entered into a Subscription Agreement on October 7, 2003, to purchase 15,000 shares of KDC common stock. John Popko entered into a Subscription Agreement on November 21, 2003, to purchase 30,000 shares of KDC common stock. Jeff Covelli entered into a Subscription Agreement on January 1, 2004, to purchase 5,000 shares of KDC common stock.

31. During the period from late September to early October 2004, Ken Banwart purchased 14,625 shares of First Products stock at $0.281 per share on behalf of those same employees that were able to purchase shares under the Subscription Agreement with KDC.

32. Thomas J. Vanyo, the Compliance Officer for Van Clemens & Co. ("Van Clemens"), an investment securities firm, wrote a letter to Donald Johnson on July 21, 2004 with a proposal to raise $1,000,000 for KDC. This letter was followed by a private placement financing proposal dated December 6, 2004 to raise a minimum of $1.5 million and a maximum offering of $2.25 million. Per the offering, KDC's stock was to be sold for $1.50 per share.

33. It is our understanding that Van Clemens never fulfilled its financing proposal with KDC, but instead subsequently entered into an Agency Agreement with First Products on April 29, 2005, whereby they intended to raise the same $1.5 million to $2.25 million through an offering of common stock at $1.50 per share.

34. As part of the Private Placement Memorandum (PPM) with Van Clemens, First Products submitted a business plan that is virtually identical to the business plan put together by KDC in 2004. In fact, KDC is mentioned as a division of First Products and all reference to product development relates to KDC's experience, developed innovative techniques, and pending patents.

35. In the PPM, products to be sold or licensed by First Products included "shelf stable dough" and "microwaveable dough", the same products developed by KDC. While we understand that First Products purchased the assets of KDC in bankruptcy in early 2005, the products that were being marketed by First Products, especially in the course of raising capital through the PPM during 2005, were substantially identical to those developed by KDC.

36. Page 17 of the PPM has a statement that says if the "minimum" offering is met, $310,000 of the $1,260,000 net proceeds will go to research and development and product development. If the maximum offering is met, $380,000 will go to research and development. It is our understanding that approximately $1 million had already been spent on research and development by KDC prior to its bankruptcy filing. Therefore, a substantial portion of the product development had already taken place under KDC before First Products began to raise money.

37. Based on discussions with Rick Wanke, it is our understanding that were it not for the actions of the Defendants in this case, KDC could have remained solvent under the licensing agreement with Country Maid and undergone its own round of financing with Van Clemens at $1.50 per share.

38. In any event, the value per share at or around the time Mr. Popko was told to tender his shares back to the Company, the market value of those shares was $1.00 as shown in by actual investments made at $1.00 per share and described in the Subscription Agreement.

## CONCLUSIONS

39. Based on the facts and assumptions set forth in the foregoing paragraphs, it is my opinion that the value of a share of KDC stock ranged from $1.00 per share to $1.50 per share during late spring to early summer of 2004, based on actual sales of KDC's common stock as well as private placement memorandum that was developed in or around that time frame.

## FEES

40. I bill $425 per hour for professional services in this matter while staff billing rates range from $100 per hour to $350 per hour.

## SIGNATURE

*[signature: Neil J. Beaton]*

Neil J. Beaton, CPA/ABV, CFA, ASA
Dated February 23, 2007

EXHIBIT 1

## CURRICULUM VITAE               NEIL J. BEATON, CPA/ABV, CFA, ASA
_____

### PROFESSIONAL EMPHASIS

Partner in Charge of Grant Thornton LLP's Valuation Services Group, specializing in the valuation of businesses, business interests and intangible assets for purposes of financial reporting, incentive stock options, litigation support (marriage dissolutions, lost profits claims), mergers and acquisitions, buy-sell agreements, and estate planning and taxation. Also performs economic analysis for personal injury claims and wrongful death actions.

### PROFESSIONAL QUALIFICATIONS AND ASSOCIATIONS

Certified Public Accountant: Washington, 1990
Accredited in Business Valuation: 1998
    American Institute of CPAs and Washington Society of CPAs
    Member of the FASB Valuation Resource Group
    Former Committee Member of AICPA Business Valuation Subcommittee
    Former Member of the AICPA Valuation of Private Equity Securities Task Force
    Former Chair of the AICPA FAS 141/142 Task Force
    Former Member of the AICPA National Accreditation Commission for Business Valuation
    Lecturer for AICPA-sponsored business valuation courses

Chartered Financial Analyst, 1992
    Designation requires three-year program, testing competency in: equity security analysis, fixed income security analysis, portfolio management, financial accounting, economics and quantitative methods.

    Past President and Trustee of Seattle Society of Financial Analysts
    Member of the CFA Institute

Accredited Senior Appraiser, 1994
    American Society of Appraisers

### EDUCATION

Master of Business Administration, Finance, National University, 1983
Bachelor of Arts Degree, Economics, Stanford University, 1980
Specific coursework covering the financial analysis of banks and insurance companies
American Society of Appraisers: Business Valuation Courses - Levels I–IV
Numerous continuing education classes in the areas of accounting, taxation and business valuation

### PROFESSIONAL EXPERIENCE

Grant Thornton LLP (2003–present)

Brueggeman and Johnson, P.C. and predecessor entity (1989–2002)

Dun & Bradstreet Corporation. National Business Analyst (1981–1989) — Responsible for analyzing large, publicly traded corporations and assisting in large-scale credit decisions. Specialized in banking, insurance and financial services industries.

**EXHIBIT 2**

**TESTIMONY SUMMARY**                                           **NEIL J. BEATON, CPA/ABV, CFA, ASA**

**DEPOSITION TESTIMONY**

| Date | Case Name | Type of Business | Jurisdiction |
|---|---|---|---|
| 1/03 | Simmons v. Simmons | Money Manager | Spokane County |
| 1/03 | Randal v. Spelman | Electronic Tech | King County |
| 2/03 | Metropolitan Condo Owners | Condo Association | King County |
| 2/03 | Leighton v. Jeld Wen | Attorney | King County |
| 3/03 | ODTI v. Outland | Pump Tech. | US Dist.-Seattle |
| 3/03 | SAD Properties | Wholesale plumbing | King County |
| 3/03 | Earthlite v. MHP | Massage table mfg. | US District - CA |
| 3/03 | Peter Norton | Software Utilities | Superior Court - CA |
| 4/03 | RMB | Real estate developer | King County |
| 5/03 | Larsen v. Larsen | Chemical Mfg. | Whatcom County |
| 5/03 | GSG Corporation v. Fred Steiner | Casino | King County |
| 5/03 | Turner Construction | Carpenter | King County |
| 6/03 | Ken Humes | Crane Operator | King County |
| 9/03 | Lakeside at Leschi | Real estate management | King County |
| 10/03 | Hardage v. Viacom et al. | Real estate management | US District - WA |
| 10/03 | Dagasto v. Fred Hutchinson | Various | US District- WA |
| 10/03 | VersusLaw v. Elvins | Legal Content | King County |
| 10/03 | Optimer Intl. v. Bellevue LLC | Retail furniture | King County |
| 11/03 | River Park Square Bond | Parking garage | US District - Eastern WA |
| 11/03 | Osei v. Aeroground, Inc. | Material Handler | US District -Western WA |
| 12/03 | Pierce | Real estate developer | King County |
| 12/03 | Spur Products | Software developer | Ada County, Idaho |
| 1/04 | Taylor v. Firesafe | General contractor | King County |
| 1/04 | Rennebohm v. Rennebohm | Car Dealership | King County |
| 1/04 | John Manry | Real Estate Agent | US District - CA |
| 3/04 | Locke v. City of Seattle | Micro Brewery | King County |
| 3/04 | Kagle v. Kagle | Venture Capital | Santa Clara County |
| 6/04 | Thola v. Mahan et al. | Chiropractor | Pierce County |
| 7/04 | Reece v. Safeco | Construction worker | Whatcom County |
| 7/04 | Loevner v. ISN, et al. | eCommerce | San Mateo County |
| 9/04 | Wells Fargo et al. v. UBS PW Real Estate | Real Estate | Dallas County, TX |
| 9/04 | Minter v. Ford Motor Co. | Aircraft parts | Houston County, TX |
| 10/04 | Nikki Sixx v. Vans | Publicity rights | Los Angeles |
| 10/04 | Access Services | Construction | King County |

1

EXHIBIT 2

**TESTIMONY SUMMARY**                                **NEIL J. BEATON, CPA/ABV, CFA, ASA**

| Date | Case | Industry | Venue |
|---|---|---|---|
| 11/04 | American Residential Funding, Inc. v. Bourne, et al. | Mortgage banking/brokerage | Orange County |
| 11/04 | Clinical Research Advantage, Inc. v. Edmonds Family Medicine Clinic, et al. | Medical research | Snohomish County |
| 12/04 | Gesoff et al. v. IIC Industries, Inc. et al. | Diverse Companies | Delaware Chancery |
| 1/05 | Matteucci v. Atwood Mobile Products, et al. | Educator | King County |
| 1/05 | Lafjord v. Marine Harvest, et al. | Frozen Food Packaging | King County |
| 2/05 | Votivo v. Archipelago | Candle manufacturer | King County |
| 2/05 | Sharbono v. Universal Insurance | Auto repair | Pierce County |
| 4/05 | River Park Square Bond | Parking garage | US District - Eastern WA |
| 4/05 | Graham v. City of Tacoma | Educator | Pierce County |
| 4/05 | Thola v. Mahan and Henschell | Chiropractor | King County |
| 4/05 | Smith v. Preston Gates & Ellis | Legal Malpractice | King County |
| 5/05 | Maid O'Clover v. Shell/Chevron | Lost Profits | US District – Benton Cnty |
| 5/05 | TE Construction v. Residential Invt Partners | Construction | AAA Arbitration |
| 6/05 | Ozark Airlines v. Valley Oil Company | Airline | Boone County, MO Superior Court |
| 7/05 | Papapostolou v. ATL Ultrasound, Inc. | Medical Equip. Dist. | AAA Intl. Arb. Tribunal |
| 9/05 | Neves v. Pinnacle Realty | Real Estate | King County |
| 10/05 | Putman v. George Joseph | Fruit Company | Benton County |
| 10/05 | 2nd Street LLC v. Mastro et al. | Real Estate Dev. | King County |
| 10/05 | Harbor Enterprises v. Newport Petroleum | Petroleum Trans. Co. | King County |
| 1/06 | Kochman v. New Piper et. al | Investment Banking | Santa Clara County, CA |
| 2/06 | Corliss v. Lakeside Industries | Aggregate Mfg. | King County |
| 4/06 | Duff v. McGraw Hill | Education materials | King County |
| 5/06 | Network Commerce, Inc. v. CVI | Internet Commerce | King County |
| 6/06 | Chiron Corp. v. Corus Pharma et al. | BioPharmaceuticals | King County |
| 6/06 | American Tire Distributors v. Blackbeard | Retail Auto Parts | Santa Clara County |
| 6/06 | Media Network, Inc. v. Mullen Advertising | Advertising | Mecklenberg County, NC |
| 7/06 | Ballard v. Enumclaw Hospital | ER Doctor | King County |
| 9/06 | Bridgeport Holdings, et al. v. CDW Corp. | Retail Computers | Delaware State Court |
| 10/06 | Sound Infiniti, Inc. et al. v. Snyder, et al. | Auto Dealerships | Pierce County |
| 12/06 | Ashford Park II v. Ryklif Ventures, et al. | Apartments | King County |
| 1/07 | Sammy Enterprises v. OpenWorks, Inc. | Building Maintenance | King County |
| 1/07 | Shea, Kristin v. AllState Insurance Company | Medical Office | King County |
| 1/07 | Loral v. Rainbow DBS and Cablevision | Cable Services | New York County |
| 2/07 | Gabel, Richard v. O'Brien, Michael | Office Leasing | King County |

**EXHIBIT 2**

**TESTIMONY SUMMARY**  **NEIL J. BEATON, CPA/ABV, CFA, ASA**

## ARBITRATION/MEDIATION TESTIMONY

| Date | Case Name | Type of Business | Jurisdiction |
|---|---|---|---|
| 2/03 | Li et al. v M&F Investments | Real Estate Dev. | King County |
| 5/03 | GSG Corporation v. Fred Steiner | Casino | King County |
| 9/03 | Gould v. Safeco | Contractor | King County |
| 9/03 | Zieve v. Zieve | Aircraft parts mfr. | King County |
| 12/03 | Kagle v. Kagle | Venture Capital | Santa Clara County |
| 4/04 | Diemond v. State Farm | Mortgage Originator | King County |
| 7/04 | Reece v. Safeco | Construction worker | Whatcom County |
| 12/04 | Loevner v. ISN et al. | Internet Shopping | AAA, Tampa |
| 12/04 | Larry North Fitness v. Roney Palace Resort LLC, et al. | Fitness Club | Florida |
| 6/05 | TE Construction v. Residential Investment Partners | Construction | Snohomish County |
| 7/05 | GE/Bechtel/Enron v. The Government of India | Power Plant | UN Arbtr. Commission |
| 8/05 | Papapostolou v. ATL Ultrasound, Inc. | Medical Equip. Dist. | AAA Intl. Arb. Tribunal |
| 8/05 | Burkholz v. Safeco Insurance | Drapery Services | AAA Arbitration |
| 9/05 | 2nd Street LLC v. Mastro et al. | Real Estate Dev. | King County |
| 1/06 | Reuland v. Reuland | Electric Co. | King County |
| 1/06 | Gesoff et al. v. IIC Industries, Inc. et al. | Diverse Companies | Delaware Chancery |
| 9/06 | Hodgson v. Hodgson | Construction | King County |
| 9/06 | Carlberg v. Pennylegion, et al. | Shrimp Harvesting | AAA Arbitration |
| 1/07 | Sammy Enterprise v. Openworks, Inc. | Building Maintenance | King County |

EXHIBIT 2

**TESTIMONY SUMMARY**                                                  **NEIL J. BEATON, CPA/ABV, CFA, ASA**

## COURT TESTIMONY

| Date | Case Name | Type of Business | Jurisdiction |
|---|---|---|---|
| 3/03 | Randal v. Spelman | Electronic Tech | King County |
| 3/03 | Chritton v. Chritton | HVAC contractor | Skagit County |
| 3/03 | Metropolitan Condo Owners | Condo Association | King County |
| 4/03 | Peter Norton | Software Utilities | Los Angeles County, CA |
| 9/03 | Humes v. Fritz Cos. et al. | Excavator | King County |
| 10/03 | Larsen v. Larsen | Chemical Mfg. | Whatcom County |
| 11/03 | Benge v. Western Coating | Rebar coating | U.S. District - Oregon |
| 11/03 | Sisson v. Sisson | Imports | King County |
| 1/04 | Pierce v. Hecker Feilberg | Real estate developer | King County |
| 3/04 | Wright et al. v. Fred Hutch | Various occupations | King County |
| 6/04 | Heath v. Zolotoi | Fisherman | U.S. District - Seattle |
| 6/04 | Kevin Locke v. City of Seattle | Brewery | King County |
| 9/04 | Taylor v. Taylor | Stock options | King County |
| 2/05 | Nikki Sixx v. Vans | Publicity rights | Los Angeles |
| 4/05 | Sharbono v. Universal Insurance | Auto repair | Pierce County |
| 5/05 | Kuhns v. Kuhns | General Contractor | King County |
| 5/05 | Thola v. Mahan and Henschell | Chiropractic Clinic | King County |
| 5/05 | Gesoff, et al. v. IIC Industries, Inc., et al. | Diverse Companies | Delaware Chancery |
| 6/05 | Bramlett v. Alvin Heckard Pacific Coatings | Car Rental Agency | King County |
| 6/05 | Graham v. City of Tacoma | Educator | Pierce County |
| 8/05 | Overbey v. Overbey | Insurance Brokerage | King County |
| 8/05 | Ozark Airlines v. Valley Oil Company | Airline | Boone County, MO Superior Court |
| 10/05 | Maid O'Clover v. Chevron | Gasoline Service Stations | U.S. District - Benton Cnty |
| 2/06 | Nadein v. Turner, Unimak, and Dorsey | Russian Fishing Vessel | Kitsap County |
| 2/06 | Evans v. City of Tacoma | City Employee | Pierce County |
| 7/06 | Del Nagro v. Del Nagro | Masonry Contractor | Skagit County |

4

**PUBLICATIONS**                                                                                                      **NEIL J. BEATON, CPA/ABV, CFA, ASA**

| *VENUE* | *SPONSOR* | *DATE* | *SUBJECT* |
|---|---|---|---|
| BVWire Issue #46-2 | BV Resources | July 2006 | *Early Stage Company Valuations* |
| The First Ever AIPCA/ASA National Business Valuation Conference | AICPA/ASA | Nov 2005 | *Current Trends in Early Stage Company Valuations* |
| Look Before You License | WSBA I.P., WSBA Business Law | Sep 2005 | *Valuation of Licenses and other Intellectual Property Rights* |
| AICPA National Business Valuation Conference | AICPA | Nov 2004 | *Mergers & Acquisition* |
| AICPA Practice Aid | AICPA | May 2004 | *Valuation of Private Equity Securities* |
| *Journal of Accountancy* | | Dec 2003 | "The ABV Credential: Leading the Way" |
| National Advanced Accounting & Auditing Technical Symposium | AICPA | July 2003 | *FAS 141/142: Implications for Auditors and Valuation Specialists* |
| *Family Advocate* - ABA Family Law Section | American Bar Association | Winter 2002 | The Valuation of Early Stage Companies |
| AICPA/PDI | AICPA CPE Course | July 2002 | *Exploring Issues in Valuing Stock Options and Other Intangibles* |
| National Conference on Divorce | AICPA/American Academy of Matrimonial Lawyers | May 2002 | *Early-Stage Company Valuation* |
| *Puget Sound Business Journal* | American City Business Journals Inc. | Mar 2001 | "Pre-IPO Valuations Many Factors, Not all Scientific, Determine Firm's Worth" |
| *The Journal of Business Valuation* | Canadian Institute of Certified Business Valuators | May 1999 | "Valuation of Celebrity Goodwill" |

EXHIBIT 4

| Document Description | Bates |
|---|---|
| E-mail from Harry Kraklow to Ron Dervetski | 816 |
| Letter from KDC Board of Directors requesting additional financing from shareholders | 817 |
| Letter from Don Johnson to James Flory re Popko 1099 | 867 |
| Restructure and new capital plan | 987 |
| Letter from Ken Banwart to Charter Bank stating Country Maid's commitment to purchase KDC shares at $1.00 | 1341 |
| Letter from Ken Banwart to Charter Bank stating his commitment to purchase KDC shares at $1.00 | 1342 |
| Unsigned investor letter | 1423 |
| Business Card Stmt- Apr04 | 2388 |
| Acct Balance- Apr04 | 2389 |
| Letter from Harry to Jeff Covelli re stock offering discussed July 1, 2004 | 2863 |
| misc. e-mail from Dan Tenebaum | 3679 |
| Jun04-Loan Detail & Amortization | 4161 |
| Letter from Don Johnson to Flory | 4215 |
| KDC Investors | 5038 |
| 2004 Budget | 5039 |
| Exhibit A - General Bill of Sale | 5755 |
| Letter from Van Clements- financing outline | 6310 |
| Investor Letter, Donald Lanou stock subcription - purchase of 15,000 shares (copies of checks) | 1006-1014 |
| Investor Letter, Stan Popko stock subcription - purchase of 30,000 shares (copies of check) | 1015-1028 |
| Investor Letter, Cavelli stock subcription - purchase of 5,000 shares (copies of check) | 1051-1054 |
| Shareholder meeting overview Oct 4, 2004 | 1081-1092 |
| List of KDC shares purcased in Sept 2004 with cancelled checks | 1096-1104 |
| Promissary note and subscription agreement- Country Maid $18,750 | 1118-1124 |
| Investor letter- 150,000 shares, Ken Banwart, copy of check for $22,500 | 1125-1132 |
| Check fto KDC foods $11,625 from Ken Banwart for shares | 1133-1140 |
| Assignment- Ken Banwart 3,000 shares to Heidi Fehr | 1141-1145 |
| Assignment- Ken Banwart 5,000 shares to Jason Fehr with investment letter and questionaire | 1160-1168 |
| Assignment- Ken Banwart 6,000 shares to Jordan Knapp with investment letter and questionaire | 1173-1176 |
| Assignment- Ken Banwart 25,000 shares to Darin Massner with investment letter and questionaire | 1177-1196 |
| Assignment- Ken Banwart 8,000 shares to Dennis Massner with investment letter and questionaire | 1187-1196 |
| Subscription agreement - 8,000 shares @$1.00, Lyle Massner with investment letter and questionaire | 1197-1205 |
| Assigment - Ken Banwart 5,000 shares to Jeff Montag with investor letter and questionaire | 1206-1215 |
| Assignment- Ken Banwart 5,000 shares to Robert and Nancy Umsted with investor letter and questionaire | 1216-1225 |
| Letter from Massners, Montag, Fehrs and Umsted- stating they would make no more stock purchases | 1442-1451 |
| Subscription agreement- Banwart same as above | 1452-1454 |
| Auto Loan/Amort 2- Jan03 | 1603-1605 |
| Auto Loan/Amort 1- Jan03 | 1606-1608 |
| KDC Tax Returns - 2003 | 2-23 |
| Budget 2002-2003 | 2296-2297 |
| 11/30/02- P&L | 2307-2309 |
| 1/1/04 - 9/30/04 P&L | 2930-2932 |
| Countrymaid licencing agreement | 2940-2949 |
| 9/30/2004 P&L, B/S | 2953-2957 |
| Business Plan 8/15/03 (2003-2005) | 2984-3047 |
| Letter from Rick Wanke to BoD re: financing by Rick Wanke Group | 3137-3138 |
| Proforma 2004-2008 (created Mar/Apr04) | 3141-3144 |
| Settlement Offer | 3151-3153 |
| KDC Capitalization | 3215-3216 |
| E-mail re Settlement offer- Kim Meyers to Steve Gibbs | 3706-3707 |
| From Don Johnson- status of big three plus one | 3923-3925 |
| Investor sheets | 4038, 3853 |
| Loan List | 4044-4047 |
| 7/31/04 P&L detail | 4048-4078, 526-575 |
| 7/31/2004 B/S detail | 4079-4136 |
| 6/1/04-6/15/04 B/S | 4137-4138 |
| 6/1/04-6/15/04 P&L | 4139-4140 |
| KDC Liabilities - 6/30/04 | 4141-4142 |
| E-mail from Don Johnson to Phil Bohl with pro-forma attachment and list of investors | 4143-4151 |
| Proforma 2004-2008 (w/ monthly detail) | 4152-4159 |
| E-mail from Don Johnson with 2004-2008 projections | 4162-4168 |
| Letter to KDC, Jerry and Alan re Offer of Various Plans | 4170-4173 |
| Business Plan 2004 | 4174-4199 |
| Loan Agreement | 4298-4343 |
| Jul03-Loan Detail & Amortization | 4344-4346 |

| | |
|---|---|
| Nov03-Loan Detail & Amortization | 4347-4349 |
| 1/1/04 - 9/16/2004 P&L, B/S | 444-449 |
| 8/31/04 Month End P&L, B/S | 450-451 |
| 8/31/04 P&L, B/S | 450-451, 455-457 |
| 1/04- 8/04 P&L | 452-454 |
| 7/31/04 P&L, B/S | 458-465 |
| 6/30/2004 P&L, B/S | 466-469 |
| 5/31/2004 P&L, B/S, Cash Flow | 470-474 |
| 4/30/2004 P&L, B/S, Cash Flow | 475-479 |
| 3/31/04 P&L, B/S, Cash Flow | 480-484 |
| 2/28/2004 P&L, B/S, Cash Flow | 485-489 |
| 1/1/04-7/31/04 P&L Detail | 495-525 |
| Amended and Restated Asset Purchase Agreement | 5765-5778 |
| 10/31/04 reconciliation detail | 576-580 |
| 11/30/04 Reconciliation detail | 581-584 |
| 9/30/04 reconciliation detail | 585-587 |
| 8/31/04 reconciliation detail | 588-590 |
| 4/30/04 Reconciliation Detail | 595-596 |
| E-mail from Jennifer Dasari at GPM Law firm to Tennebaum re Popko stock | 5975-5976 |
| Valuation Report - Jeffrey White | 6119-6138 |
| 10/31/2004 P&L, B/S | 6230-6236 |
| P&L, B/S Compared with budget - 9/30/03 | 6282-6292 |
| Letter from Citizens State Bank- Loan maturity and balance due | 633-636 |
| Letter regarding to James Flory regarding Popko from Grant, Plant and Moody | 865-866 |
| Letter from Kim Meyers to Phil Bohl re Popko | 868-869 |
| KDC- 1099 Stan Popko | 873-882 |
| Letter from Cookies on Demand- sales projections | CD036 |
| E-mail from Kim Meyers to Jeff Covelli | FPI-5210-5211 |
| E-mail from Don Johnson to Kandler and Kraklow - deal for test market | FPI-5304 |
| E-mail from Gary Martin to Harry re product samples | FPI-5313-5314 |
| Countrymaid production summary | FPI-5356-5358 |
| Countrymaid production summary | FPI-5359 |
| Countrymaid production summary | FPI-5360-5363 |
| Countrymaid production summary | FPI-5364-5368 |
| Sale Procedures for Asset Purchase Agreement | MurphyDesmond237-274 |
| Letter to Don Johnson from T. Vargo, Van Clemens | VC037-038 |
| Letter to Don Johnson from T. Vargo, Van Clemens | VC039 |
| First Products Business Plan | VC041-055 |
| Agency Agreement | VC075-089 |
| Letter from Van Clements- termination of participation as selling agent | VC090 |
| 1999-2002 P&L, B/S, Cash Flow | |
| Audited Financials- 12/31/04 | |
| Announcement 7/21/05 | |
| Business Plan 4/30/05 | |
| 2003- projections for year end (Q1,Q2 actuals) | |
| 2004- projections for year end (Q1,Q2 actuals) | |
| 2005- projections for year end (Q1,Q2 actuals) | |
| License Agreement - Country Maid - 3/18/03 (Variable Royalty) | |
| License Agreement - Country Maid - 8/27/03 (Letter updating 5-year renewal option) | |
| License Agreement - Country Maid - 5/1/04  (Fixed montly payment to KDC) | |
| License Agreement - Country Maid - 9/1/04 (Fixed montly payment to First Products) | |
| License Agreement - Peggy's Products/Cookies on Demand - 8/9/01 (Variable Royalty) | |
| License Agreement - Peggy's Products/Cookies on Demand - 7/1/04  (Fixed montly payments to KDC) | |
| License Agreement - Peggy's Products/Cookies on Demand - 3/1/05  (Fixed montly payment to First Products) | |
| Deposition of Donald Johnson | |
| Don Johnson Business Plan- 2004 | |
| Shareholders of KDC- 10/4/04 | |
| Articles of Incorporation 10/16/96 | |
| By Laws- 10/16/96 | |
| Articles of Merger- 7/30/03 | |
| Bankruptcy Filing- 12/21/04 | |
| Stock subscriptions- Country Maid Investor Questionaire 9/1/03 | |
| Stock Subscriptions- Ken Banwart 9/1/03 | |
| Stock Restructure and Repurchases  7/30/03-7/30/04 | |
| Valuation Report- Mar03 | |
| Financial Documents List | |
| Affidavit of Stanley Popko | |
| Affidavit of Rick Wanke | |
| Motion for Summary Judgment | |